UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CELESTONE PERRY                                CIVIL ACTION

VERSUS                                         NUMBER: 07-0593

KIM'S MARKET & DELI, L.L.C., ET AL.            SECTION: "A"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice for failure to prosecute.

New Orleans, Louisiana, this 19th day of November, 2007.

UNITED STATES DISTRICT JUDGE